**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

RAUL ESQUIVEL         *     DOCKET NO. 12-2331
                                *
V.                              *     DISTRICT JUDGE:
                                *
LOWE'S COMPANIES, INC    *     MAGISTRATE:
                                *     JURY TRIAL DEMANDED
************************************************************************

**MOTION TO VOLUNTARILY DISMISS**

NOW INTO COURT, through undersigned counsel, comes plaintiff, RAUL ESQUIVEL,

JR. who hereby moves to dismiss the above-captioned matter.  The parties have reached a

resolution in connection with this claim.


Respectfully submitted,


By: s/ Timothy R. Richardson
TIMOTHY R. RICHARDSON, (LSBN 27625)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel:  (504) 592-4600 Fax: (504) 592-4641
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 15th day of March, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

s/ Timothy R. Richardson
Timothy R. Richardson