UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAUL ESQUIVEL | * | DOCKET NO. 12-2331 |
| | * | |
| V. | * | DISTRICT JUDGE: SUSIE MORGAN |
| | * | |
| LOWE'S COMPANIES, INC | * | MAGISTRATE: KAREN WELLS ROBY |
| | * | JURY TRIAL DEMANDED |

**************************************************************************

## ORDER

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED.  This matter is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 19th day of March, 2013.

_____
JUDGE  Susie Morgan